## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WISCONSIN

DIRECTV, INC., a California corporation,

    Plaintiff,

v.                                                             Case No. 04-C-0324

JEFFREY KOMPAS,

    Defendant.

## ORDER GRANTING PERMANENT INJUNCTION

THIS MATTER comes on regularly for review before the Court upon the stipulation of the parties. The Court is fully advised; NOW, THEREFORE,

IT IS ORDERED that Defendant Jeffrey Kompas shall be and hereby is permanently enjoined as stipulated by the parties.

DATED:     June 7, 2006.

                                                            BY THE COURT:

                                                            s/ Rudolph T. Randa
                                                             HON. RUDOLPH T. RANDA
                                                             CHIEF JUDGE