UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DIRECTV, INC., a California corporation,

    Plaintiff,

v.                                            Case No. 04-C-0324

JEFFREY KOMPAS,

    Defendant.

## ORDER FOR DISMISSAL

THIS MATTER comes on regularly for review before the Court upon the stipulation of the parties. The Court is fully advised; NOW, THEREFORE,

IT IS ORDERED that this action against Defendant Jeffrey Kompas shall be and hereby is permanently dismissed with prejudice and without costs as stipulated by the parties.

DATED: June 7, 2006.

BY THE COURT:

s/ Rudolph T. Randa
HON. RUDOLPH T. RANDA
CHIEF JUDGE

1
Case 2:04-cv-00324-RTR   Filed 06/07/06   Page 1 of 1   Document 37